UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | | |
|---|---|---|
| **GARY MILLER** | : | **Case No.** _____ |
| Plaintiff, | : | |
| v. | : | |
| **LAMAR CONSTRUCTION CO. et al.** | : | **Judge** _____ |
| | : | |
| Defendant, | : | **PLAINTIFF CONSENT FORM** |
| | : | |

I consent to make a claim for non-payment of overtime wages by Lamar Construction Company, and other entities listed in the complaint in this case, under the Fair Labor Standards Act. I authorize Kircher Suetholz & Grayson, LPA to represent me in this action, and any subsequent action to assert claims for unpaid wages, unless I choose other counsel. I understand that by filing this consent, I will be bound by all orders and the judgment of the Court in this matter.

_11-1-2012_
Date

_Gary Miller_ (signature)
Signature

_Gary Miller_
Print Name

_702 Beaver Park_
Address

_832-435-7257_
Telephone

_Versailles, KY. 40383_
City, State, Zip Code

_smartlights@ymail.com_
Email Address

EXHIBIT 1